1  GIGLIOTTI & GIGLIOTTI, L.L.P.
   Joseph J. Gigliotti, SBN 144979
2  434 East Chapman Ave
   Fullerton, California 92832
3  Tel (714) 879-1712,  Fax (714) 879-3439

4  Attorneys for Plaintiff

5  SPIRO MOSS LLP
   Ira Spiro, State Bar No. 67641
6  11377 W. Olympic Blvd., Fifth Floor
   Los Angeles, CA 90064
7  Tel     310-235-2468, fax: 310-235-2456
   email       ispiro@smbhblaw.com
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT
11
                CENTRAL DISTRICT OF CALIFORNIA
12

13 | CHARLEE HARGIS, individually, | Case No. 8:09-cv-00685-AG (MLG)
   | and on behalf of all others similarly |
14 | situated, | <u>CLASS ACTION</u>
15 |   |
   | Plaintiff, | **PLAINTIFF'S RESPONSE TO**
16 |   | **MOTION TO DISMISS AND FOR**
   | v. | **MORE DEFINITE STATEMENT;**
17 |   | **NOTICE OF SETTLEMENT**
18 | G & A SNACK DISTRIBUTING, |
   | INC, a.k.a. G and A SNACK | Honorable Andrew J. Guilford,
19 | DISTRIBUTING, INC.; | Courtroom 10D
   | SOH DISTRIBUTION COMPANY, |
20 | INC.; and DOES 1 through 50, | Complaint Filed: May 5, 2009
21 |   | Trial Date: Not set yet.
   | Defendants. |
22 |   | **Hearing Date:  August 31, 2009**
   |   | **                       10:00 a.m.**
23

24

25

26

27

28

|   |   |
|---|---|
| 1 | This case has been settled, as explained below. Therefore, upon defendants' |
| 2 | Motion to Dismiss, or In the Alternative, Transfer Venue, the Court should transfer |
| 3 | this case to the Middle District of Pennsylvania, but not dismiss the case. In emails |
| 4 | between counsel for plaintiff and cousel for defendants, counsel for defendants |
| 5 | have stated they are in accord with this transfer as opposed to dismissal. Counsel |
| 6 | for defendants are now considering the language of a stipulation to that effect. |
| 7 | A case similar to the present one is pending in the United States District |
| 8 | Court for the Middle District of Pennsylvania. The Pennsylvania case was filed |
| 9 | before the present one. The parties in the Pennsylvania case had one mediation |
| 10 | session in or about July, 2009. |
| 11 | On August 11, 2009, the parties in this case and the parties in the |
| 12 | Pennsylvania case participated in a mediation in New York City, which resulted in |
| 13 | terms for a nationwide settlement, to be set forth in a written settlement agreement. |
| 14 | The settlement contemplates the filing of a consolidated complaint, and |
| 15 | settlement proceedings to be held before District Judge presiding over the case in |
| 16 | the Middle District of Pennsylvania. |
| 17 | Thus, pursuant to the settlement, and in order to facilitate it, this case should |
| 18 | not be dismissed, but should be transferred to the Middle District of Pennsylvania. |
| 19 | Respectfully submitted, |

August 19, 2009.

GIGLIOTTI & GIGLIOTTI, LLP
Joseph J. Gigliotti

SPIRO MOSS, LLP
Ira Spiro

_____
Ira Spiro
Attorneys for Plaintiff
CHARLEE HARGIS