

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**To:** Clerk, United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Building & US Courthouse
235 North Washington Avenue, Room 101
Scranton, PA 18503

**Re:** Transfer of our Civil Case No. SA0-9CV685 AG(MLGx)

Case Title: Charlee Hargis v. G & A Snack Distributing, Inc, et al

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐ Original case file documents are enclosed in paper format.
☑ Electronic Documents are accessible through Pacer.
☐ Other: _____

Very truly yours,

Clerk, U.S. District Court

Date: 8/26/09

By R. La Chapelle
Deputy Clerk

cc:   All counsel of record

======================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:

☐ CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
☑ CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number: 1:09-CV-1669

**RECEIVED SCRANTON SEP 02 2009**

Clerk, U.S. District Court

Date: 9/2/09

By _____ Deputy Clerk

CV-22 (09/08)              **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**